

**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

600 United States Courthouse   Telephone: (612) 664-5600
300 South Fourth Street        Fax: (612) 664-5787
Minneapolis, MN 55415

*Via ECF*                                          September 9, 2020

The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802

Re:  <u>United States v. Benjamin Roggenbuck</u>, 20-cr-160 (NEB/LIB)
     **Withdrawal of Government's Discovery Motion**

Dear Chambers:

Consistent with the expected resolution of this prosecution, the government withdraws its pending motion for discovery (Dkt. 15). The government agrees that a motion hearing is unnecessary at this time.

Please do not hesitate to contact me if the Court has any questions.

Respectfully,

ERICA H. MacDONALD
United States Attorney

*/s/ Chelsea A. Walcker*
CHELSEA A. WALCKER
Assistant United States Attorney
(Attorney ID 0396792)

Copy:  Brian Toder, Counsel for Defendant