

**Chestnut Cambronne PA**

100 Washington Avenue South
Suite 1700
Minneapolis, MN 55401-2048
T: 612.339.7300
F: 612.336.2940

www.chestnutcambronne.com

**Brian N. Toder**
Direct Dial: (612) 336-2918
Direct Fax: (612) 336-2909
btoder@ccesquire.com

September 9, 2020

**VIA ECF**

The Honorable Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN  55802

Re:   U.S. v. Benjamin Roggenbuck
      20-cr-160 (NEB/LIB)

Dear Judge Brisbois:

Consistent with the expected resolution of the above-referenced matter, Defendant hereby withdraws his pending Motion for Discovery (Dkt. 17).  Defendant waives a pretrial motions hearing.

Please do not hesitate to contact me if the Court has any questions.

Respectfully,

**CHESTNUT CAMBRONNE PA**

Brian N. Toder

BNT:dp
cc:   Chelsea A. Walcker