UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-160 (NEB/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BENJAMIN JOSEPH ROGGENBUCK,

        Defendant.

**NOTICE OF INTENT TO REQUEST REDACTION**

The undersigned attorney hereby notifies the Court, court reporter/transcriber, and counsel that in accordance with the procedure set forth in Local Rule 5.5, Redaction of Transcripts, I intend to request redaction of personal data identifiers located within the transcript of Change of Plea Hearing, docket number 32, filed on October 16, 2020, to comply with Fed. R. Civ. P. 5.2 or Fed. R. Crim. P. 49.1.

Dated: October 19, 2020

        Respectfully Submitted,

        ERICA H. MACDONALD
        United States Attorney

        *s/ Chelsea A. Walcker*
        BY:  CHELSEA A. WALCKER
        Assistant United States Attorney
        Attorney ID No. 0396792