UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Benjamin Joseph Roggenbuck ,<br><br>　　　　　　　　Defendant. | Case No. 20-cr-160 (NEB/LIB)<br><br>**DEFENDANT'S MOTION TO SEAL** |

Defendant Benjamin Joseph Roggenbuck, by and through his undersigned counsel, Brian Toder, respectfully moves the Court for an Order sealing Document Nos. 62 and 63, Defendant's Sentencing Memorandum and Declaration of Brian N. Toder. The undersigned, in support of the motion, advises that Document Nos. 62 and 63 are filed as restricted documents, as they relate to the sensitive medical issues of defendant and others, the documents should be under seal.

　　　　　　　　　　　　　　　　**CHESTNUT CAMBRONNE PA**

Date: February 2, 2021　　　　　By */s/ Brian N. Toder*
　　　　　　　　　　　　　　　　Brian N. Toder, #17869X
　　　　　　　　　　　　　　　　100 Washington Avenue South
　　　　　　　　　　　　　　　　Suite 1700
　　　　　　　　　　　　　　　　Minneapolis, MN  55401
　　　　　　　　　　　　　　　　(612) 339-7300
　　　　　　　　　　　　　　　　btoder@chestnutcambronne.com
　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANT**